**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JENNIFER WARNSTORFF,** : | |
| : | |
| **Plaintiff** | **CIVIL ACTION NO. 3:14-0077** |
| : | |
| **v.** | |
| : | **(JUDGE MANNION)** |
| **STATE FARM AUTOMOBILE** | |
| **INSURANCE COMPANY,** : | |
| **Defendant** : | |

# O R D E R

In light of the memorandum issued this same day, **IT IS HEREBY ORDERED THAT** defendant's motion to dismiss, (Doc. 4), is **GRANTED** and plaintiff's bad faith claim is **DISMISSED WITHOUT PREJUDICE.** Plaintiff may file an amended complaint by **July 7, 2014**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: June 19, 2014**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2014 MEMORANDA\14-0077-01-order.wpd